UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

CIVIL ACTION NO. 0:07-cv-00057

**FILED ELECTRONICALLY**

BANK OF NEW YORK, AS TRUSTEE, SUCCESSOR IN
INTEREST TO JP MORGAN CHASE BANK AS TRUSTEE
                                                PLAINTIFF,

V.        **RULE 7.1 DISCLOSURE STATEMENT**

MALENDA HAYNES
WALTER MULLINS
DORISANN MULLINS

                                                DEFENDANTS.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Comes now the Plaintiff, Bank of New York, as trustee, successor in interest to JP Morgan Chase Bank as Trustee, by and through counsel, Mary Beth Stevenson and Jerry R. Howard of Reisenfeld & Associates, and for its Rule 7.1 Disclosure Statement, states as follows:

1. The Plaintiff is a nongovernmental corporate party.
2. The Plaintiff's parent corporation is Bank of New York Company, Inc.
3. Bank of New York Company, Inc. is a publicly held corporation that owns ten percent (10%) or more of the Plaintiff's stock.

                                                Respectfully submitted,

                                                _/s/ Mary Beth Stevenson_____
                                                Mary Beth Stevenson (91032)
                                                Jerry R Howard (88213)
                                                Attorney for Plaintiff
                                                Reisenfeld & Associates
                                                2035 Reading Road
                                                Cincinnati, OH  45202
                                                Voice: (513) 322-7000
                                                facsimile: (513) 322-7099

CERTIFICATE OF SERVICE

This will certify that I electronically filed the foregoing Rule 7.1 Disclosure Statement into the Court's record of this action by using the Court's CM/ECF Electronic Filing System.

This will further certify that a true and correct copy of the foregoing Rule 7.1 Disclosure Statement, has been served by mailing same to:

MALENDA HAYNES
201 North Court Street
Grayson, Kentucky 41143

WALTER MULLINS
104 State Highway 1910
Grayson, Kentucky 41143

DORISANN MULLINS
104 State Highway 1910
Grayson, Kentucky 41143

On this the 15th day of June, 2007.

/s/ Mary Beth Stevenson (91032)
Mary Beth Stevenson
Attorney for Plaintiff